# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                       v.                                        Crim. No. 5:16-CR-10-1FL

**AARON STEPHEN CASTILLO**

     On May 26, 2015, the above named was placed on probation for a period of 48 months. The offender has complied with the rules and regulations of probation, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                               I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                                    /s/ Timothy L. Gupton  
Michael C. Brittain                                            Timothy L. Gupton  
Supervising U.S. Probation Officer                  U.S. Probation Officer  
                                                              310 New Bern Avenue, Room 610  
                                                              Raleigh, NC 27601-1441  
                                                              Phone: 919-861-8686  
                                                              Executed On: March 1, 2017

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   1st   day of   March  , 2017.

                                                              Louise W. Flanagan  
                                                              U.S. District Judge